Terry COOPER, Plaintiff–Appellant,

v.

Amy L. SMITH, Nurse Adm–Mgr II in her official and individual capacity, Defendant–Appellee.

No. 12–7367.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 16, 2012.

Terry Cooper, Appellant Pro Se. Michael Charles Tanner, Michael C. Tanner Law Office, Bamberg, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Cooper appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. Smith,* No. 5:11–cv–00755–CMC, 2012 WL 2935396 (D.S.C. July 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*